AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

JASON AND KRISTY ORTON,

                 Plaintiff,           JUDGMENT IN A CIVIL CASE

V.

                       CASE NUMBER: **3:11-CV-0630-ECR-VPC**

FIRST HORIZON NATIONAL
CORPORATION, et al.,

                 Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that the Motion to Remand (#6) is **DENIED**.

       **IT IS FURTHER ORDERED** that Defendants' Motions to Dismiss (#14) and (#21) are **GRANTED**.  Plaintiff's claims are deficient against all Defendants and are **DISMISSED**.

       **IT IS FURTHER ORDERED** that the Motion to Expunge Lis Pendens (#20) is **GRANTED**.

 June 4, 2012                             **LANCE S. WILSON**
                                      Clerk

                                /s/ Jennifer Cotter
                                Deputy Clerk