1  WRIGHT, FINLAY & ZAK, LLP.
   Robin Prema Wright, Esq.
2  Nevada Bar No. 009296
   Donna Osborn, Esq.
3  Nevada Bar No. 006527
4  5532 South Fort Apache Road, Suite 110
   Las Vegas, NV 89148
5  (949) 477-5050; Fax: (702) 946-1345
6  dosborn@wrightlegal.net
   *Attorneys for Defendants,*
7  *Seterus, Inc. fka IBM Lender Business Process Services, Inc. and*
8  *Mortgage Electronic Registration Systems, Inc.*

9              **UNITED STATES DISTRICT COURT**

10                **DISTRICT OF NEVADA**

11

12  JASON AND KRISTY ORTON,            Case No.: 3:11-cv-00630-LRH-VPC

13        Plaintiffs,

14        vs.                          **ORDER CANCELLING AND**
                                       **EXPUNGING LIS PENDENS**
15
   FIRST HORIZON NATIONAL
16  CORPORATION; FIRST TENNESSEE
   BANK; FIRST HORIZON HOME LOANS;
17  METLIFE BANK, N.A.; METLIFE HOME
18  LOANS; MORTGAGE ELECTRONIC
   REGISTRATION SYSTEMS, INC.; THE
19  MORTGAGE LAW FIRM, PLC; IBM
   LENDER BUSINESS PROCESS SERVICES,
20  INC. (LBPS); and DOES 1-25
21  CORPORATIONS; DOES and ROES 1-25,
   Individuals or Partnerships.
22        Defendants.

23

24      In accordance with the Order entered on June 4, 2012 dismissing the Complaint [(Doc.
25  32), Defendants Seterus, Inc. fka IBM Lender Business Process Services, Inc. and Mortgage
26  Electronic Registration Systems, Inc. are entitled to an Order from the Court expunging the lis
27  pendens filed against the property which is the subject of this action.
28

                              1

1    The Court finds that Plaintiff recorded the Notice of Lis Pendens Affecting Real Property

2  ("Lis Pendens") on or about July 22, 2011, as Instrument Number 4024586 in real property

3  located at 2225 Evergreen Park Dr., Reno, Nevada 89521, APN 140-256-05; more particularly

4  described as follows:

5      LOT 67 IN BLOCK F AS SHOWN AND DELINEATED ON THE MAP OF
       VILLAGES AT DAMONTE RANCH-UNIT 13A, ACCORDING TO THE MAP
6      THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WHASOE
7      COUNTY, STATE OF NEVADA, ON NOVEMBER 15, 2002 AS FILE NO. 2763668,
       TRACT MAP NO. 4141.

8

9      Upon consideration of Defendant's Motion to Expunge the Lis Pendens attatched hereto

10  as **Exhibit 1** and referenced above, and good cause appearing therefore, the Court hereby grants

11  Defendant its requested relief and rules as follows:

12      **IT IS ORDERED, ADJUDGED AND DECREED** that the Lis Pendens attached hereto

13  as **Exhibit 1,** and referenced above, is hereby expunged and shall hereafter have no further force

14  or effect.

15      **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Order

16  canceling the above referenced Lis Pendens has the same effect as an expungement of the

17  original Lis Pendens.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

2

1   **IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to NRS

2   14.015(5), Plaintiff shall record a copy of this Order or other appropriate notice) cancelling the

3   Notices of Pendency of Action or Lis Pendens, with the Washoe County Recorder's Office

4   within five business days of its entry, and if there is a failure to do so, any party may record a

5   copy of this Order.

6        IT IS SO ORDERED.

7

8        DATED this 11th day of June 2012.

9

10   _____

11   UNITED STATES DISTRICT JUDGE

12   Respectfully Submitted By:

13   WRIGHT, FINLAY & ZAK, LLP

14   _____

15   Donna M. Osborn, Esq.
     Nevada Bar No. 006527
16   5532 South Fort Apache Road, Suite 110
17   Las Vegas, NV 89148
     *Attorneys for Defendants,*
18   *Seterus, Inc. fka IBM Lender Business Process Services, Inc. and*
     *Mortgage Electronic Registration Systems, Inc.*
19

20

21

22

23

24

25

26

27

28

3

# Exhibit 1

# Exhibit 1

# Exhibit 1

**DOC # 4024586**
07/22/2011 12:54:27 PM
Requested By
KARLOS KIDDER
Washoe County Recorder
Kathryn L. Burke - Recorder
Fee:  $17.00 RPTT: $0.00
Page 1 of 4

APN: 140-256-05

**RECORDING REQUESTED BY:**
Name: Karlon J. Kidder, Esq.
Address:  885 Tyler Way
City/State/Zip: Sparks, NV 89431

**WHEN RECORDED MAIL TO:**
Name: Karlon J. Kidder, Esq.
Address:  885 Tyler Way
City/State/Zip: Sparks, NV 89431

**MAIL TAX STATEMENT TO:**
Name: JASON ORTON AND KRISTY ORTON
Address: 2225 Evergreen Park Drive
City/State/Zip: Reno, NV 89521

## NOTICE OF PENDANCY OF ACTION
Please complete Affirmation Statement below:

__X__    I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does not contain the personal information of any person or persons. (Per NRS 239B.030)

### -OR-

____ I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does contain the personal information of a person or persons as required by law:

(State specific law)

_____            _____Attorney_____
Signature                                                                              Title

___KARLON KIDDER___
Print Name

FILED

1935

Karlon J. Kidder, Esq.

State Bar #11622

The Law Offices of Paul Freitag

885 Tyler Way

Sparks, Nevada 89431

(775) 359-1936

(775) 359-1992

freitaglaw@yahoo.com

Attorney for Plaintiff

2011 JUL 22 AM 11: 26

HOWARD W. CONYERS

BY_____T. White_____

DEPUTY

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

| | |
|---|---|
| JASON AND KRISTY ORTON<br>*Plaintiffs,*<br><br>vs.<br><br>FIRST HORIZON NATIONAL CORPORATION,<br>FIRST TENNESSEE BANK, FIRST HORIZON<br>HOME LOANS, METLIFE BANK, N.A., METLIFE<br>HOME LOANS, MORTGAGE ELECTRONIC<br>REGISTRATION SERVICES, INC., THE<br>MORTGAGE LAW FIRM, PLC, IBM LENDER<br>BUSINESS PROCESS SERVICES, INC.(LBPS),<br>DOES 1-25 CORPORATIONS, DOES and ROES 1-25,<br>Individuals or Partnerships.<br><br>*Defendants.* | Case No.: CV11 02163<br><br>Dept.No. 3 |

**NOTICE OF PENDANCY OF THE ACTION**

**NOTICE IS HEREBY GIVEN**, pursuant to NRS 14.010, that a Complaint has been filed in the above referenced Court affecting the title to the real property subject to this action, property defined as follows:

**Legal Description:**

Lot 67 in Block F as shown and delineated on the map of VILLAGES AT DAMONTE RANCH-UNIT 13A, according to the map thereof, filed in the office of the County recorder of Washoe County, Sate of Nevada, on November 15, 2002 as File No. 2763668, Tract Map No. 4141

**A.P.N.#:**

140-256-05

1    **Street Address:**

2    2225 Evergreen Park Drive, Reno, Nevada 89521.

3

4        **AND NOTICE IS HEREBY GIVEN,** that the premises described above is subject to

5    litigation in this action, and at the time of filing of this Notice, is situated in the County of

6    Washoe, State of Nevada.

7        Persons interested in said action with regards to further information, are instructed to

8    refer to the Complaint on file in the Second Judicial District Court Clerk's Office as Case

9    Number CV11- $\theta 2 | \ell 7$ , Dept. $2$

10

11                    **AFFIRMATION: Pursuant to NRS 239B.030**

12        The undersigned does hereby affirm that the preceding document does not contain the social

13    security number of any person.

14

15    DATED this 22nd day of ____ July ____, 2011.

16

17

18                                    _____
                                        Karlon J. Kidder, Esq.
19                                      Attorney for Plaintiff
                                        State Bar # 11622
20

21

22

23

24                                      CERTIFIED COPY
                                        The document to which this certificate is
25                                      attached is a full, true and correct copy of
                                        the original on file and of record in my office.
26                                      DATE: _____ JUL 2 1 2011
                                        HOWARD W. CONYERS, Clerk of the Second
27                                      Judicial District Court, in and for the County
                                        of Washoe, State of Nevada.
28                                      By_____ Deputy

                            LIS PENDENS - 2



# WASHOE COUNTY RECORDER

**OFFICE OF THE RECORDER**
**KATHRYN L. BURKE, RECORDER**

1001 E. NINTH STREET
POST OFFICE BOX 1130
RENO, NEVADA 89520-0027
PHONE (775) 328-3661
FAX (775) 325-8010

## LEGIBILITY NOTICE

The Washoe County Recorder's Office has determined that the attached document may not be suitable for recording by the method used by the Recorder to preserve the Recorder's records. The customer was advised that copies reproduced from the recorded document would not be legible. However, the customer demanded that the document be recorded without delay as the parties rights may be adversely affected because of a delay in recording. Therefore, pursuant to NRS 247.120 (3), the County Recorder accepted the document conditionally, based on the undersigned's representation (1) that a suitable copy will be submitted at a later date (2) it is impossible or impracticable to submit a more suitable copy.

By my signing below, I acknowledge that I have been advised that once the document has been microfilmed it may not reproduce a legible copy.

_____
Signature

7/22/2011
Date

Karlon Kidder
Printed Name